Mr. Vidwan, am I saying your name right? Mr. Vidwan, please proceed. Thank you, Your Honors. If it may please the Court, Justice Vidwan, with Aaron Clark Schiff, on behalf of Analog Devices. Your Honors, this appeal focuses on a single, narrow issue, whether there was enough substantial evidence to support the PTAS finding that Kudo's reference discloses a jumpstart circuit that ceases to turn on. And the answer to that is no. We recognize it's a high standard, but the one that is met here. The PTAS error here was that the FOCA associated the operation of transistor 22 as controlling the turning on or off of output transistor 23. And it was that misunderstanding that led PTAS to the wrong conclusion. So this is a substantial evidence question, counsel. So what is your argument in terms of the PTAS reliance and why, like for example the reliance on the Holberg Declaration as providing the substantial evidence, why is that wrong? So Your Honor, they relied on the declaration, but the expert just got it wrong. So this is an anticipation issue, whether or not the Kudo reference teaches that limitation or not. What the expert did was that he took a piecemeal approach. The jumpstart circuit requires two limitations. One is turning it on, the output transistor. And two, ceasing turning it on. So they decided to the same portion. Wait, is ceasing turning it on just turning it off? Is that what that means? No, Your Honor, there is a distinction here. So ceasing turning on would be that you stop assisting the turning on of the output transistor. And then you let the feedback circuit loop take over the turning on of the output transistor, right? That's correct, Your Honor. That's why it's called the jumpstart, because it's like jumpstarting a car. Exactly, Your Honor. Got it. All right. So Your Honor, if I, and the transistor, they focused on transistor 22, but the transistor 22 does not control the output, control the operation of output transistor 23. So if I may just briefly touch on how Kudo actually operates, and this would be in reference to Figure 8, which is on Appendix 1193. Your Honor, on Appendix 1193, the output transistor that needs to be turned on or off is 23, which is all the way up top. What the petitioner pointed to as the jumpstart circuit is all the way at the bottom. It's a combination of inverter 30, inverter 31, and transistor 22. But what actually turns on or off the output transistor 23 is transistor 27, which is in the middle of that circuit. And that itself is controlled by the output of the inverter 30. So if inverter 30, the output goes into the gate of transistor 27, which controls whether or not the output transistor 23 is turned on or off. Now, when the inverter 30 is low, the transistor 27 is off, and the output transistor 23 is also off. When the inverter 30 goes high, transistor 27 turns on, and the output transistor 23 turns on. It turns on because node X, which is the same thing as the gate of output transistor 22, is tied to the voltage level at node A, which is the output of transistor 22, right? Correct, Your Honor. So it gets turned on because node A gets pulled down to zero once the jumpstart circuit is on. Once the transistor 22 turns off, then the No, when the transistor 22 is turned on, that's when node A gets pulled to zero, right? And when node A gets pulled to zero, node X gets pulled to zero through transistor 27, right? That is correct, Your Honor. And then when node X is pulled to zero, that's how you turn on the output transistor 23. Partially, Your Honor. So the only difference is when We both agree on what I just said, right? Until the last part, Your Honor. The only thing is that X does not start pulling down to A until gate 27 turns on. So while A is going to the ground Right, but also when output transistor 22 is turned on. You need transistor 22 to be turned on. Yes, that's correct. Okay. And then when transistor 22 gets turned off, then node A is no longer pulled to zero. That's correct, Your Honor. And then likewise, node X is no longer pulled to zero. Well, it is pulled to, it's something between VDD and zero, correct? Yeah, but it's no longer at zero. It's going to move up to VDD or maybe VDD divided by two or something like that, right? That's correct, Your Honor. And so in that way, the jumpstart circuit or the box that's been designated as jumpstart circuit in 22 ceases to play a role in keeping output transistor 23 turned on, right? Because it's no longer controlling node X through output, through transistor 27. I would agree with that, Your Honor. So we're not disputing whether or not it, for this appeal, whether or not it keeps it turned on. The only dispute for this appeal from our part is does it do anything to cease turning it on? And that, to the answer to that question is no, Your Honor, because the output of inverter 30 continues to feed, keep the transistor 27 on and therefore... Right, but transistor 27 is nothing more than just a bridge between nodes X and node A. And if jumpstarts, the jumpstart circuit in CUDO is no longer controlling node A and it's the feedback circuit that's controlling node A, then that's what's feeding node X and therefore controlling the output transistor gate voltage. Well, there's... So the node X, I agree with you, is being, to some degree, being controlled by the voltage of node A. But the feedback... So the feedback, sorry, the jumpstart circuit includes all three components. It's not just a transistor. It has to include, be counted as inverter 30, inverter 31, and the transistor 22. We're not disputing that at some point transistor 22 turns off. But there is some portion of that jumpstart circuit that continues to act in assisting to keep the output transistor 23 on. So your argument, your case depends on showing that transistor 27 is part of the prior art jumpstart circuit. Isn't that correct? That is correct, your honor. Isn't there a fact finding by the board that transistor 27 is not part of the prior art jumpstart circuit? So your honor, you're correct. PTAP took a position on the C's turning on limitation that transistor 27 is not part of the jumpstart circuit. How do you get over that? So if you need 27 to be part of the prior art jumpstart circuit and there's a fact finding that it wasn't based on the PTAP, as I understand it, agreeing that your adversary's expert was more credible on this issue than yours, then you can understand why I'm having the problem I'm having with your case. Sure, I agree. Thank you, your honor. So whether or not 27 needs to be part of the jumpstart circuit is our position, it is. But the issue here was the PTAP took an inconsistent position. In your view, it prohibits the C's limitation, right? Right. So there was an issue of consistency here. On the turning on limitation, the PTAP basically said 27 is part of the jumpstart circuit. But when it came to C's turning on, because everybody recognized that 30 keeps powering on to 27, they said it is not part of the jumpstart circuit. They have to pick one or the other. They can't have it where the jumpstart circuit for one limitation, the transistor 27, is part of the jumpstart circuit. But for the second limitation, it is not part of it. Where did you argue that transistor 27 in KUDO must be part of the KUDO jumpstart circuit? I didn't remember seeing that in your briefing to us. So your honor, that is specifically whether or not that is part of the jumpstart circuit was not argued. So not argued, you mean you didn't argue it? That's correct, your honor. But the issue of what we were pointing out was what they were pointing to- But you just told Judge Clevenger you did argue it. So that's why I'm confused. No, your honor, so I apologize. The issue was whether or not the jumpstart, the 27 has to be part of the jumpstart circuit or not. We're saying it doesn't matter at the end of the day. It just has to be consistent for both limitations. Either it is part- So you're saying that the board considered transistor 27 in KUDO to be part of KUDO's non-output transistor 23? Is that what it said? Well, they didn't come out and say that. Okay then, but you just said to us that they did say that the output, that transistor 27 is part of KUDO's jumpstart circuit. Well, I think the issue is, your honor, that 27 is the only one that's controlling 23. But just so that we're on the same page, the board did not rely on transistor 27 in KUDO as being part of KUDO's jumpstart circuit, right? They relied on inverter 30, inverter 31, and transistor 22. That's it. That's correct, your honor. What they pointed to in the portion of the spec, which is on in KUDO, it is column... It's appendix 1203, column 8. What they pointed to was, I think it's lines 10 through 22. They described the scenario where the control signal goes low, makes the inverter output go high, and the inverter output low. In that case, the 22 is turned off, which turns on the transistor 23. But in order for that to occur, transistor 27 would have to be on as well. And so... So I'm just having a little trouble following your argument. Can I ask, from a clarification standpoint, do we have to conclude that the board erred, as a factual matter, in including transistor 27 in KUDO within the jumpstart circuit in order for you to prevail? No, your honor. But that... Okay, that's what this whole discussion is about, though. So how do you prevail if transistor 27 is not part of the jumpstart circuit? And, your honor, that would be based on the figure 10 of KUDO, which is appendix 1195. And especially, specifically, the timing chart of inverter 30, which is the second chart. No one disputes when the output transistor 23 turns on, which is between times three and four, when inverter 30 goes high. But during that sampling phase, which is the two sets of vertical lines, that's the sampling phase, output 30 remains high. That means there was something that the jumpstart circuit was continuing to do in order to keep the output transistor 23 turned on. So the jump... But by that time in the timing chart, transistor 22 has been turned off, right? That's correct, your honor. So it's no longer participating in controlling the logic level of node A, right? That's correct, but there was something with... And whatever node A is, thanks to other circuitry, that's going to be what node X likewise is too. Same logic level, right? That's correct, your honor. So it's the other circuitry that's controlling node X at that particular time in the timing chart, not the jumpstart circuit output coming from transistor 22. So the voltage is being controlled by the node A going through the node X, but the gate of node transistor 27 is controlled by still the output of inverter 30, which is part of the jumpstart circuit. Okay, you're almost out of all of your rebuttal time. Let's save some and hear from the government. Thank you, your honor. May it please the court, William Lamarca for the PTO. As opposing counsel pointed out, the debate is focused on this transistor 27, and whether or not that's part of the jumpstart circuit. But he just admitted that he didn't appeal that issue, right? So how is that with the debate? I mean, I understand that's what we were sitting here talking about. I'm trying to figure out what the arguments are, and I don't have a lot of clarity around that. Based on their reply brief and based on their opening brief, their argument was that the jumpstart circuit in KUDO, that's the box in orange on figure 8, I can take you to page 36 of our brief. We provided the enhanced color drawings to allow you to see what we're talking about. I think we know, like there's transistor 22, right? Right, and 22 is in orange, and it's got a circular box around it, and it includes inverter 30, inverter 31, and transistor 22. That's the jumpstart circuit. And that's what, when 22 turns on, just like was discussed here earlier, you hit it right on the head. Node A, when 22 turns on, node A connects to VSS, and it creates a greater pull-down voltage that then when it goes through 27 to connect to node X, node X puts a greater pull-down voltage on 23, the output transistor, and it causes it to turn on. That's exactly what happens. That's the jumpstart. The question then is, does that cease turning on at some point? And yes, it does, because then when 22 turns off, it is no longer providing that extra pull, that extra voltage pull anymore, which means it has ceased in its jumpstart capability. It's true that node 30 continues to output a logic signal to 27 to keep it open, but that's no longer a jumpstart at that point. There's no jumping. Well, because 22 is no longer involved, and 27 is not part of the jumpstart circuit, so end of story, right? And that's our position, and that's the board's position, and that's the expert position that the board relied on, and that's the fact-finding that they made, and in our view, that's a factual question, and... I don't think anybody disputed that, right? Do you think anyone is questioning that this is a fact? All I'm saying is he's saying it doesn't cease to turn on, and it does cease to turn on. Isn't the only way the appellant can undermine that is to get transistor 27 into the jumpstart circuit? Yeah, he would... His argument... I thought that's what he said to me when I first asked him, because I had understood... I'm not an electrical engineer, but I understood the significance of whether transistor 27 is either in or out for his argument. Right, and the point is the board wasn't inconsistent, which is what his point was. His argument was, I believe, that the board said it was part of it. It never said it was part of it. In fact, the board expressly said, Dr. Holberg, the expert, analyzed this circuit and said transistor 27 is an additional transistor that's part of the feedback loop, but it's not part of the jumpstart circuit, and that board... MN218. Exactly. Yeah, exactly. And the board agreed with the expert, Dr. Holberg, and said we find that to be a persuasive argument, and they made that fact-finding, and that's what's in the record. Did the board also deal with the alleged inconsistency argument? No, because I don't believe... At the time of the board, I don't believe that argument was being made. What was happening to the board was the board was just saying, look, transistor 27 doesn't belong... It's not part of the jumpstart. It's an extraneous transistor that's outside of the jumpstart circuit. It's part of the feedback loop, and it performs a function. It's a connector. It links together voltages to the gate node X. It does all of that, but it's not part of the jumpstart. In fact, when the jumpstart is turned off, as we just explained, and Judge Shen, I believe, recognized this earlier, when transistor 22 is turned off, you are no longer getting the benefit of the jumpstart. Judge Shen described transistor 27 as a bridge between node A and node X. I think that's an accurate way to describe it. We've called it a connector, a link, a bridge. It's essentially just allowing what's coming from node A to connect to node X. That's all it's doing. But it has nothing to do, really, with the actual additional voltage pull that's provided by the jumpstart transistor 22. What function does it provide at all? Teach me as an electrical engineer. If you didn't have 27... It does provide a bridge. It links it to node X, is what it does. Another way to have done this... But you wouldn't need node X. It would be node A would go straight to 23, right? You could... I mean, that might be another way to configure the circuit. I think in the 250 patent, the way their jumpstart circuit works is it goes directly to node X without an intermediate connector or bridge. Here you have this extra bridge in between. Does 27 perform any function other than simply allowing the node A to go to node X? Well, I think it does. To convert A to X? It does. Because when... Yeah. Node A to node X, correct. But remember, keep in mind, node A, when it links up to VSS through 22, when it's during the jumpstart limited period, that moment period, when it's doing that, it's bringing an extra voltage pull, extra negative voltage, in a sense, to cause more pull to node A, which goes through 27 to node X. But then when the jumpstart is turned off, when it ceases turning on, or it's disengaged, node A is still there, except node A now has a slightly higher voltage, so it's a lesser voltage pull, but it continues to operate. I'm looking at figure 8 and just trying to understand the science here. What happens when the juice leaves 27 and goes to 29? I think that... I'm not for sure... I can't say for sure, Your Honor, but there's another phase of the circuit called the charging phase. What we're talking about now is the sampling phase. Remember what... Let's step back for one second. What is this thing? It's an analog-to-digital converter. It's taking analog signals, and it's digitizing them. It's sampling the signals. So we're talking about the sampling phase, when it's doing the sampling. Okay. So I'm just going to jump in, because you're just sort of way beyond the record at this case at this point. And I mean, I understand why. It's because, you know, Judge Clevenger is curious about what functions transistor 27 might perform in the circuit, addition to or beyond just the jumpstart possibility. And it does, but that's not part of this record for us. Correct. We don't have to go down that road. I'm just trying to answer your question, Your Honor. I get it. But I think you're right. I mean, it's really not relevant to this appeal or the issue, because it's not a claim dispute. It's not a claim limitation that we're concerned with. All we're concerned with here is, is there a jumpstart circuit that helps jumpstart output transistor 23, and is there a time period when it no longer jumpstarts, when it ceases turning on? And the answers to all those questions are yes, and therefore, KUDO is an anticipatory reference, Your Honor. That's the bottom line. Can I just ask a question? This is what I think the appellants are basically arguing. And they're arguing that the so-called jumpstart circuit in KUDO still necessarily has a role to play in keeping output transistor 23 on during the entire time it needs to be on. And so therefore, the jumpstart circuit at no point during that time ceases to turn on output transistor 23. And jumpstart circuit of KUDO is doing that by continually feeding an input to the gate of transistor 27. And if you don't have that input into the gate of transistor 27 through the entire time, then you won't ever have output transistor 23 turned on. And so therefore, that is why KUDO's so-called jumpstart circuit does not ever cease to turn on output transistor 23. That's their argument. I think that is their argument, Your Honor. Let's get an answer on that. I think that's an articulate way of arguing what they're saying. And it's true. We're not disagreeing. The Board's not disagreeing that output inverter 30 continues to supply a logic code either a high or a low value to transistor 27 to keep it on during the sampling phase, even after the jumpstart feature has turned off. In other words, transistor 22 is turned off. There's no longer any jumpstarting. In other words, the jumpstart has ceased to turn on. But circuitry that's part of the package, inverter 30, continues to provide a logic code to 27 to keep 27 open. Why? So the circuit can just keep operating in its normal feedback loop without the jumpstart. And it does do that. But in our view, because 27 is not part of the jumpstart circuit, nevertheless, the jumpstart aspect of, which is really 22, is transistor 22. It's no longer providing extra voltage pool. There's no longer any jumpstarting. In fact, you could have had that logic inverter 30 somewhere else. It didn't even have to be there. It could have been anywhere. All you really need is a signal to tell 27, just stay open during the sampling phase. It could have been anywhere, but it is defined as part of the jumpstart circuit. Correct. So if it is a necessary component to feed voltage 27 or signal, then is that still part of the jumpstart circuit, even if it's not transistor 22? Right. Is it nonetheless 30 continuing to be involved in the operation such that it's not ceasing to turn on? Well, keep in mind what the claim says, Your Honor. Let's go back to the claim, if I've got that on the inside cover of the brief. Element D of the claim says a jumpstart circuit to turn on the output transistor and a jumpstart circuit to cease turning on the output transistor. So what's happening? When 22 goes off, the jumpstart circuit ceases to help turn on output transistor. Just allows it to keep going, but it's not turning it on. It's not helping it anymore. It's not jumping it. Therefore, even if you're right that inverter 30 is theoretically part of the jumpstart circuit, nevertheless, it's not participating. What do you mean if I'm right? You put a box around it and called it the jumpstart circuit. How could I be wrong? It's your box. But my point is it doesn't have a role in the jumping, starting of output transistor 23. That's what I'm trying to say, Your Honor. If there's no further questions, I'll be happy to sit down. Thank you for the education. Your Honor, I just want to make one point regarding the operation of transistor 27. Absent out of transistor 27, turning it on or off, output transistor 23 will not turn on or turn off, cease turning off. And it is only the output of inverter 30 that continues to feed the gate of transistor 27 and thereby keeping the output transistor 23 turned on. So while the PTAP focused on just one component that's disconnected, there is at least one other component of the jumpstart circuit that continues to act in assisting, keeping the output transistor... Just the problem we face is that we have this very deferential standard of review here on this fact finding. And not only do you have to convince us that your reading of the output of inverter 30 feeding transistor 27 is a reasonable way to think about how the jumpstart circuit is operating, you also have to show why it's unreasonable for the board to have focused on the output of transistor 22 as being the relevant part of how to think about how the jumpstart circuit is behaving and operating during this sampling process. And so that's your challenge. Your Honor, I'm out of time. May I answer that question? It's up to her. So I do recognize, Your Honor, the standard is high and the challenge is high, but the issue here is that whether or not CUDO, because this is an anticipatory reference, whether it's there or not. And it's our position that CUDO does not have that. But I recognize it's a high standard, but it's our view that CUDO does not teach it because it doesn't anticipate something turning on. Okay. I thank both counsel. This case is taken under submission.